IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SCOTT, | No. CIV S-08-0979-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M.C. KRAMER, et al., | |
| Respondents. | |
| _____/ | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 6, 2008, petitioner submitted an application for leave to proceed in forma pauperis.  That application, however, did not contain a certification from prison officials establishing petitioner's indigence and, on May 23, 2008, the court directed plaintiff to submit the required certification within 30 days.  After petitioner failed to comply, the court issued findings and recommendations on July 18, 2008, that this action be dismissed for lack of prosecution and failure to comply with court rules and orders.  See Local Rule 11-110.

/ / /

/ / /

1

In response to the findings and recommendations, petitioner has submitted a "Notice of Compliance" in which he indicates that, "on or about May 27, 2008," petitioner requested that the "indigent printout of 6 months from Folsom State Prison Trust account . . . be forwarded to the United States District Court for the State of California. . . ." Petitioner is advised that it is his responsibility to obtain the certification from prison officials and then to forward it to the court to complete his in forma pauperis application. Only in extraordinary circumstances will the court direct prison officials to submit the certification directly to the court.

However, it appears that petitioner has made a good fair effort to comply with the court's May 23, 2008, order, the court will vacate the July 18, 2008, findings and recommendations and provide petitioner another opportunity to submit the required certification. Petitioner is again warned that failure to comply may result in dismissal of this action.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 18, 2008, are vacated;

2. Within 30 days of the date of this order, petitioner shall submit the required certification.

DATED: August 4, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE