IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAURICE SCOTT,  No. CIV S-08-0979-LKK-CMK-P

    Petitioner,

  vs.  ORDER

M.C. KRAMER,[1]

    Respondent.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 20) to file an opposition to respondent's motion to dismiss.  Good cause appearing therefor, petitioner's opposition is due by December 26, 2008.

/ / /

/ / /

/ / /

---

[1] "Attorney General of the State of California" is listed on the court's docket as a respondent.  That individual, however, is not named in the petition and is not a proper respondent.  The Clerk of the Court will be directed to terminate "Attorney General of the State of California" as a respondent.

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Petitioner's motion for an extension of time (Doc. 20) is granted;

3   2. Petitioner's opposition to respondent's motion to dismiss is due by December 26, 2008; and

3. The Clerk of the Court is directed to terminate "Attorney General of the State of California" as a respondent.

DATED: November 20, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2