IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SCOTT, | No. CIV S-08-0979-LKK-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| M.C. KRAMER, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for an extension of time (Doc. 40) to file a traverse. Good cause appearing therefor, the request is granted. Petitioner may file a traverse within 30 days of the date of this order. Thereafter, the case will stand submitted on the merits. The Clerk of the Court is directed to terminate Docs. 35 and 40 as pending motions on the court's docket.

IT IS SO ORDERED.

DATED: January 27, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1